UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER FORMAN, :
          Petitioner, :
           :
           : No. 5:21-cv-4707
    v. :
           :
KATHY BRITTAIN, et al. :
          Respondents. :

## O R D E R

**AND NOW,** this 7th day of September, 2023, upon consideration of Petitioner's Motion for Bail, ECF No. 62, and for the reasons set forth in the Opinion issued on this date, **IT IS ORDERED THAT:** Petitioner's Motion, ECF No. 62, is **DENIED**.

                        BY THE COURT:

                        */s/ Joseph F. Leeson, Jr.*_____
                        JOSEPH F. LEESON, JR.
                        United States District Judge