UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER FORMAN, : | |
| Petitioner, : | |
| : | |
| : | No. 5:21-cv-4707 |
| v. : | |
| : | |
| KATHY BRITTAIN, et al. : | |
| Respondents. : | |

# O R D E R

**AND NOW**, this 8th day of May, 2025, upon consideration of Petitioner's "Motion for Rule Fed. R. Civil Proc. 60(b)," *see* ECF No. 66; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Rule 60(b) Motion, s*ee* ECF No. 66, is **DISMISSED**; and

2. This case is **CLOSED**. The Clerk of Court shall mark the docket accordingly.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge